UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

                Plaintiff,

   v.

WASHINGTON CORRECTIONS CENTER, *et al.*,

                Defendants.

Case No. C22-5220-JLR-SKV

REPORT AND RECOMMENDATION

Plaintiff Daryl Rogers is currently confined at the Stafford Creek Corrections Center in Aberdeen, Washington. On April 1, 2022, Plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. Dkt. 1. Plaintiff alleged therein that he had been denied necessary medical care for a degenerative eye disease while confined at the Washington Corrections Center in early 2019, in violation of his rights under the Eighth Amendment and the Americans with Disabilities Act. *See id*. Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Thus, on April 8, 2022, the Clerk sent Plaintiff a letter advising him that his submission was deficient because he failed to meet the filing fee requirement and explaining that he would have to either

REPORT AND RECOMMENDATION - 1

pay the filing fee or submit an IFP application by May 9, 2022, or risk dismissal of this action. Dkt. 3.

To date, Plaintiff has neither paid the filing fee, nor has he submitted an application to proceed IFP. As Plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 14, 2022**.

DATED this 19th day of September, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2