UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

                          Plaintiff,

          v.

WASHINGTON CORRECTIONS CENTER, *et al*.,

                          Defendants.

Case No. C22-5220-JLR

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     This action is DISMISSED without prejudice for failure to prosecute.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 14th day of October, 2022.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION - 1